AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:     510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ARTHUR RENOWITZKY

Elizabeth J. Carpenter (State Bar No: 315674)
ecarpenter@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Defendants
JL PETROLEUM, INC. dba GRAND GAS;
JASWANT S. BRAR (TE); LAKHVIR K. BRAR (TE)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RENOWITZKY,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JL PETROLEUM, INC. dba GRAND GAS; JASWANT S. BRAR (TE); LAKHVIR K. BRAR (TE)<br><br>　　　Defendants. | Case No. 3:23-cv-03890-RFL<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: March 3, 2023 |

## **STIPULATION**

Plaintiff ARTHUR RENOWITZKY ("Plaintiff") and Defendants JL PETROLEUM, INC. dba GRAND GAS; JASWANT S. BRAR (TE); LAKHVIR K. BRAR (TE) ("Defendants") – Plaintiffs and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

- 2 -

**IT IS SO STIPULATED.**

Dated:  January 11, 2024                REIN & CLEFTON


                                        _/s/ Aaron M. Clefton_
                                        By:  AARON M. CLEFTON, ESQ.
                                        Attorneys for Plaintiff
                                         ARTHUR RENOWITZKY


Dated:  January 10, 2024                COZEN O'CONNOR


                                        _/s/ Elizabeth J. Carpenter_
                                        ELIZABETH J. CARPENTER, Esq.
                                        Attorneys for Defendants
                                        JL PETROLEUM, INC. dba GRAND GAS;
                                        JASWANT S. BRAR (TE); LAKHVIR K.
                                        BRAR (TE)


### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on January  10, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Elizabeth J. Carpenter in the filing of this document.


                                        _/s/ Aaron Clefton_
                                        Aaron Clefton

STIPULATION FOR DISMISSAL
Case No. 3:23-cv-03890-RFL

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: January 11, 2024

_____
Honorable Rita F. Lin
U.S. District Court Judge

- 3 -